## BAKER *v.* THE STATE.

EVANS, J.     This case is controlled by the decision this day announced in *Sutherland* v. *State*, ante.     *Judgment affirmed.*    *All the Justices concur.*

Submitted January 16, — Decided January 26, 1905.

Indictment for murder.    Before Judge Henry.    Floyd superior court.    December 19, 1904.

*F. W. Copeland*, for plaintiff in error.     *John C. Hart, attorney-general, W. H. Ennis, solicitor-general,* and *Moses Wright,* contra.